ERIC GRANT
United States Attorney
DHRUV M. SHARMA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of the Extradition of<br><br>BALJEET SINGH,<br><br>A Fugitive from the Government of Canada. | CASE NO. 2:25-MJ-0115-CKD<br><br>ORDER ON WAIVER OF EXTRADITION |

The Court having received the Complaint filed on August 18, 2025, by Dhruv M. Sharma, Assistant United States Attorney for the Eastern District of California pursuant to the request of the Government of Canada, for extradition of Baljeet Singh, and an affidavit executed by Baljeet Singh and witnessed by his attorney;

And, further, the Court having been advised in open session that Baljeet Singh is a fugitive sought by the government of Canada; that he is aware that the government of Canada has filed charges against him and has obtained a warrant for his arrest; that he has reviewed the Complaint filed by the United States Attorney for this judicial district; that he has been fully advised of his rights in this country pursuant to the extradition treaty in force between the government of the United States and the government of Canada and Title 18, United States Code, §§ 3184-3196, and that he has knowingly and voluntarily waived those rights;

IT IS THEREFORE ORDERED that Baljeet Singh be committed to the custody of the United States Marshal pending arrival of the duly authorized representatives of the government of Canada, at which time the United States Marshal shall deliver him to the custody of such authorized representatives

BALJEET SINGH – EXTRADITION ORDER        1

to be transported to Canada to serve a sentence; and

IT IS FURTHER ORDERED that the transfer of physical custody of Baljeet Singh shall be at such time and place as mutually agreed upon by the United States Marshal and the duly authorized representatives of the government of Canada.

The Clerk of the Court is directed to forward copies of this Order and the executed Affidavit of Waiver to the Director, Office of International Affairs, Criminal Division, Department of Justice, in Washington, D.C., and the Assistant United States Attorney.

SO ORDERED, this 22nd day of August, 2025.

Hon. Carolyn K. Delaney
Chief United States Magistrate Judge
Eastern District of California